IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JOSEPH PATRICK BROWN**                                                      **PETITIONER**

**VS.**                                                                 **CIVIL ACTION NO.: 5:12CV91HSO**

**CHRISTOPHER EPPS, Commissioner,**
**Mississippi of Corrections; EARNEST LEE**
**Superintendent, Mississippi State Penitentiary**
**at Parchman, Mississippi**                                                     **RESPONDENTS**

## ORDER EXTENDING TIME

        This matter came before the Court on Petitioner's Motion to Extend by Two Weeks Deadline for Filing Motion to Amend Petition for Writ of Habeas Corpus.  As grounds for the Motion, counsel state that they are scheduled to attend the National Federal Habeas Corpus Seminar in Cleveland, Ohio at the time that the Motion is currently scheduled to be filed.  Having reviewed the Motion, the Court is of the opinion that it has merit and should be granted.

        IT IS, THEREFORE, ORDERED, THAT the Motion to Extend by Two Weeks Deadline for Filing Motion to Amend Petition for Writ of Habeas Corpus [13] is hereby **GRANTED**, and Brown has until August 30, 2013, to request an amendment or augmentation to his Petition for Writ of Habeas Corpus.

        IT IS SO ORDERED, this the 24th day of July, 2013.

                                                            *s/ Halil Suleyman Ozerden*
                                                           HALIL SULEYMAN OZERDEN
                                                           UNITED STATES DISTRICT JUDGE